**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **West Lumber Building and Supply Co.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **23-1526473** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7315 Marshall Road** **Upper Darby, PA 19082** Number, Street, City, State & ZIP Code | **617 Greythorne Road** **Wynnewood, PA 19096** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Delaware** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **West Lumber Building and Supply Co.** _____    Case number (*if known*) _____

Name

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4233**

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **West Lumber Building and Supply Co.**
_____
Name

Case number (*if known*) _____

---

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ No
**have possession of any**
**real property or personal**     ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

## ▮  Statistical and administrative information

**13.  Debtor's estimation of**  .    *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**     ☐ 1-49                ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**                 ■ 50-99               ☐ 5001-10,000            ☐ 50,001-100,000
                            ☐ 100-199             ☐ 10,001-25,000          ☐ More than100,000
                            ☐ 200-999

---

**15.  Estimated Assets**     ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                           ■ $50,001 - $100,000     ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**     ☐ $0 - $50,000           ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **West Lumber Building and Supply Co.**                                    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2021**
MM / DD / YYYY

**X** **/s/ Brian Bernstein**                              **Brian Bernstein**
Signature of authorized representative of debtor           Printed name

Title    **Vice President**

**18. Signature of attorney**

**X** **/s/ Jeffrey Kurtzman**                    Date    **January 25, 2021**
Signature of attorney for debtor                           MM / DD / YYYY

**Jeffrey Kurtzman 51816**
Printed name

**KURTZMAN | STEADY, LLC**
Firm name

**401 S. 2nd Street**
**Suite 200**
**Philadelphia, PA 19147**
Number, Street, City, State & ZIP Code

Contact phone    **(215) 883-1600**          Email address    **kurtzman@kurtzmansteady.com**

**51816 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 25, 2021**        X **/s/ Brian Bernstein**
                                              Signature of individual signing on behalf of debtor

                                           **Brian Bernstein**
                                           Printed name

                                           **Vice President**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $       **87,302.58**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $       **87,302.58**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $       **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$       **1,428,260.66**

4.   Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b            $       **1,428,260.66**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **WSFS Bank** | **Checking account** | **2281** | **$10.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                          **$10.00**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**A.K. ProBuild-Guzman**
**100 Snowflake Road**
**Huntingdon Valley, PA  19006**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | Case number *(If known)* | |
| | Name | | |

**Projects: 1108 E. Susquehanna Avenue; 2162 Norris Street**

**Book Value: $3,328.26**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**A.K. Probuild-Kmitimen**
**424 Lakeview Ct.**
**Langhorne, PA  19053**

**Projects: 1939 Cecil B Moore Avenue; 1634 Ridge Avenue; Mansion Street**

**Book Value: $4,508.70**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Advance Transit Mix**
**613 Oak Lane**
**Glenolden, PA  19104**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Ambler Crossing - BT**
**c/o Galman Group**
**P.O. Box 646**
**Jenkintown, PA  19046**

**Book Value: $251.86**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Cliff - Driver**

**Book Value: $77.12**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Conti Enterprises, Inc.**
**2045 Lincoln Highway**
**Edison, NJ  08817**

**Book Value: $1,120.28**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Credit Hold-Eddie Gifford**
**1367 Kimberly Drive**
**Philadelphia, PA  19151**

**Book Value: $2,885.04**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
| | face amount | | doubtful or uncollectible accounts | | |

**Doogan/West Contract**

**Book Value: $44.79**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |

| Debtor | **West Lumber Building and Supply Co.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**Eddie O**

**Book Value: $12.21**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**Forest Station Aps. - BT**
**c/o Galman Group**
**P.O. Box 646**
**Jenkintown, PA  19046**

**Book Value: $1,152.32**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**Frank Cass**

**Book Value: $249.42**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**George F. Kempf Supply**
**P.O. Box 19269**
**5200 Grays Avenue**
**Philadelphia, PA  19143**

**Book Value: $386.75**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**James Williams - C**

**Book Value: $37.17**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**John Rayer - COD Acct.**
**476 Prospect Road**
**Springfield, PA  19064**

**Book Value: $1,829.21**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**Leroux Partners LLC**
**355 W. Lancaster Avenue**
**Suite 201**
**Haverford, PA  19041**

**Book Value: $755.35**

11b. Over 90 days old:          0.00          -          0.00     =....          **Unknown**
                     face amount                doubtful or uncollectible accounts

**Lonnie B**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **West Lumber Building and Supply Co.**                     Case number *(If known)* _____
Name

---

**Book Value: $103.14**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Marco Martinez - COD**
**6291 Large Street**
**Philadelphia, PA  19149**

**Book Value: $169.18**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Matt Reese**
**817 Dover Road**
**Wynnewood, PA**

**Book Value: $2,360.34**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Mega Contractors - COD**

**Book Value: $875.26**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**MEJ Group, LLC Constructors & Rebuilders**
**16 E. Roumfort Road**
**Philadelphia, PA  19119**

**Book Value: $29.26**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Michael - COD**

**Book Value: $100.00**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Neil Doogan - Police Station**
**732 E. Rively Avenue**
**Collindale, PA  19023**

**Book Value: $1,855.96**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Phila Home Buyer**
**6638 Algard Street**
**Philadelphia, PA  19135**

**Book Value: $657.85**

---

                11b. Over 90 days old:          **0.00**        -                    **0.00** =....                              **Unknown**
                                        face amount                    doubtful or uncollectible accounts

**Philadelphia Housing Authority**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor     **West Lumber Building and Supply Co.**                    Case number *(if known)* _____
        Name

**Attn:  Contracts Administration**
**P.O. Box 8737**
**Philadelphia, PA  19104**

**Book Value: $199.00**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Phillip**

**Book Value: $123.95**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Priority Building Grp.**
**7800 West Chester Pike**
**Upper Darby, PA  19082**

**Book Value: $821.99**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Robert Goldsmith**
**7327 Brookhaven Road**
**Philadelphia, PA  19151**

**Book Value: $1,386.20**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**SBG**

**Book Value: $32.56**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Square Garden Estate**
**d/b/a 3027 Darien Street**
**4933 Locust Street**
**Philadelphia, PA  19139**

**Book Value: $2,513.40**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Tom Finnerty**

**Book Value: $111.57**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **0.00** | - | **0.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

**Valerie Gallagher**
**813 N. Fairview Road**
**Swathmore, PA  19081**

**Book Value: $239.54**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | Case number *(If known)* |
| | Name | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

**Zeus - COD**

**Book Value: $143.42**

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

**Woodland Supply**
**4701 Woodland Avenue**
**Philadelphia, PA  19143**

**Book Value: 58,931.48**

| 11b. Over 90 days old: | **87,292.58** | - | **0.00** | =.... | **$87,292.58** |
| | face amount | | doubtful or uncollectible accounts | | |

**Face amounts of the accounts receivable as they appear on the Debtor's books and records are set forth in detail above with unknown current values to the estate.**

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$87,292.58** |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **West Lumber Building and Supply Co.**                                    Case number *(If known)* _____
           Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

Debtor    **West Lumber Building and Supply Co.**                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $87,292.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $87,302.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $87,302.58 |

**Fill in this information to identify the case:**

Debtor name    **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $127.32 |

| **3.1** | Nonpriority creditor's name and mailing address<br>**Activar Construction Products Group**<br>**SDS 12-1132**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486-1132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number   **ACTIVAR** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$127.32** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Akron Hardware Consultants, Inc.**<br>**P.O. Box 74998**<br>**Cleveland, OH 44194-4998**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number   **0276** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$23,561.50** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alexandria NE, LLC**<br>**300 Lasley Avenue**<br>**Wilkes Barre, PA 18706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**ATTN: Bankruptcy**<br>**P.O. Box 982238**<br>**El Paso, TX 79998**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number   **1554** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Credit Card**<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$2,655.24** |

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,266.59 |
|---|---|---|---|

**Bank of America**
**ATTN: Bankruptcy**
**P.O. Box 982238**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card**

Last 4 digits of account number  **5549**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,919.90 |
|---|---|---|---|

**Bateman Bros. / E.D. Collier**
**P.O. Box 1039**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,514.02 |
|---|---|---|---|

**Bridgewater Wholesale**
**P.O. Box 5457**
**North Branch, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0827**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.00 |
|---|---|---|---|

**BTL Distributors, LLC**
**12 Melnick Drive**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,415.25 |
|---|---|---|---|

**Cal-Royal Products**
**6605 Flotilla Street**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.38 |
|---|---|---|---|

**Countertek, Inc.**
**1215 Ridge Avenue**
**Ephrata, PA 17522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,459.00 |
|---|---|---|---|

**Derr Flooring Co.**
**525 Davisville Road**
**P.O. Box 912**
**Willow Grove, PA 19090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **West Lumber Building and Supply Co.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.10 |
|---|---|---|---|

**Dex Media**
**Attn: Acct. Receivables De**
**P.O. Box 619009**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.94 |
|---|---|---|---|

**DKS Steel Door & Frame Systems, Inc.**
**2142 Tubeway Avenue**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.37 |
|---|---|---|---|

**Don-Jo Mfg., Inc.**
**P.O. Box 929**
**Sterling, MA 01564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,083.90 |
|---|---|---|---|

**Door and Hardware Systems, Inc.**
**17 Silver Street**
**Rochester, NY 14611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,418.89 |
|---|---|---|---|

**Eagle Lift Truck, Inc.**
**17 East 6th Avenue**
**Bldg. A-1**
**Trenton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140.03 |
|---|---|---|---|

**Eagle Peak**
**P.O. Box 195**
**Fountainville, PA 18923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,213.14 |
|---|---|---|---|

**Eastern Engineered Wood Products**
**1245 Easton Road**
**Bethlehem, PA 18015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **West Lumber Building and Supply Co.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00**

**Ertwine and Devito, Inc.**
**110 Folsom Avenue**
**Folsom, PA 19033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,845.74**

**Euler Hermes N. America Ins. Co.**
**c/o Finance Department**
**800 Red Brook Blvd.**
**Owings Mills, MD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,258.11**

**Fessenden Hall, Inc.**
**1050 Sherman Avenue**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,026.82**

**Fleet Grease II, Inc.**
**1100 Calcon Hood Road**
**Sharon Hill, PA 19079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$396.36**

**Fraser Advances Info Systems**
**P.O. Box 10306**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,179.50**

**Galaxy Metal Products LLC**
**2960 Woodbridge Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$645.60**

**Garden State Lumber Products**
**22 Muller Road**
**Oakland, NJ 07436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,819.89**

**George F. Kempf Supply Co.**
**P.O. Box 19269**
**5200 Grays Avenue**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.84**

**Golden Stag Gloves**

**Centerville, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Hardward Resources**
**28093 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,545.51**

**Howard Berger Co., Inc.**
**324 Half Acre Rd # A**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,479.51**

**IDI Distributors of Pennsylvania**
**2198 Industrial Drive**
**Suite 103**
**Bethlehem, PA 18071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.00**

**J.D.K. & Sons, LLC**
**660 13th Avenue**
**Prospect Park, PA 19076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,532.90**

**Kamco Building Supply**
**1100 Township Line Road**
**Chester, PA 19013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,622.59 |
|---|---|---|---|

**LBM Advantage, Inc.**
**555 Hudson Valley Avenue**
**Suite 200**
**New Windsor, NY 12553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,184.11 |
|---|---|---|---|

**Lehigh Structural Components LLC**
**1550 Lehigh Drive**
**Bldg. 1**
**Easton, PA 18042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**Lindstrom Corporation**
**4625 Tanglewood Dr,**
**Bladensburg, MD 20710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196,934.67 |
|---|---|---|---|

**Lumbermen's Assoc.**
**2101 Hunter Road**
**P.O. Box 720**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449,629.99 |
|---|---|---|---|

**Maria Scheeler, Administrator of the**
**Teamsters Pension Trust Fund of**
**Philadelphia & Vicinity**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,040.04 |
|---|---|---|---|

**Meenan Oil**
**P.O. Box 350**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,122.19 |
|---|---|---|---|

**Middle Atlantic Wholesale Lumber**
**2700 Lighthouse Point East**
**Suite 310**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | West Lumber Building and Supply Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.99 |
|---|---|---|---|

**Midwest Wholesale Hardware**
P.O. Box 34221
Kansas City, MO 64120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,909.68 |
|---|---|---|---|

**National Gypsum Co.**
P.O. Box 91669
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.12 |
|---|---|---|---|

**New Deal Lumber & Millwork**
5149 Lancaster Avenue
Philadelphia, PA 19131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |
|---|---|---|---|

**Northeast Plastic Supply Co.**
633 Dunksferry Rd., Unit B
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.48 |
|---|---|---|---|

**Orgill, Inc.**
P.O. Box 1000
Memphis, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,602.66 |
|---|---|---|---|

**Pennsylvania Lumbermens Mutual Ins.**
P.O. Box 826558
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philadelphia Reserve Supply Co.**
200 Mack Drive
P.O. Box 100
Croydon, PA 19021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.47** Nonpriority creditor's name and mailing address
**Pirtek South Philadelphia**
**31 Industrial Highway**
**Essington, PA 19029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$441.76

**3.48** Nonpriority creditor's name and mailing address
**Purchase Power**
**P.O. Box 371874**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$53.13

**3.49** Nonpriority creditor's name and mailing address
**Quality Roofing Supply**
**P.O. Box 415896**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$144.00

**3.50** Nonpriority creditor's name and mailing address
**Quill Corp.**
**P.O. Box 37600**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$223.58

**3.51** Nonpriority creditor's name and mailing address
**Randall Manufacturing Co.**
**200 Sylvan Avenue**
**Newark, NJ 07104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.52** Nonpriority creditor's name and mailing address
**Reese Enterprises, Inc.**
**P.O. Box 459**
**Rosemount, MN 55068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$63.19

**3.53** Nonpriority creditor's name and mailing address
**Reiss Wholesale Hardware Co., Inc.**
**P.O. Box 70455**
**Brooklyn, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$899.73

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$188.47** |
|---|---|---|---|

Salerno Tire Corp.
1400 Calcon Hook Rd.
Sharon Hill, PA 19079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Salt City Sales Golden Stag Gloves
P.O. Box 958
Centerville, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Schlage Lock
15870 Collections Center D
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.47** |
|---|---|---|---|

Service Partners
Attn:  Payments
Box 202245
Arlington, TX 76006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,965.10** |
|---|---|---|---|

Sherwood Lumber Corp.
P.O. Box 2226
Hicksville, NY 11802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$755.75** |
|---|---|---|---|

Spring Valley Millwork
108 S. Hull Street
Sinking Spring, PA 19608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.98** |
|---|---|---|---|

Sprint
P.O. Box 4191
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,418.78**

**Starborn Industries**
**45 Mayfield Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,388.85**

**Studco Building Systems**
**1700 oulter Industrial Parkway**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.13**

**Suburban Propane**
**P.O. Box J**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,928.17**

**Superior Plastic Products, Inc.**
**P.O. Box 185**
**New Holland, PA 17557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,285.70**

**Survivor II**
**919 Fairmont Avenue**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.04**

**Tab Industries**
**4032 Grant Street**
**Reading, PA 19606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$764.60**

**Task Tools (USA)**
**1667 Grant Avenue**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **West Lumber Building and Supply Co.** _____  Case number *(if known)* _____
 Name

| | | |
|---|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220.48 |

**3.68** Nonpriority creditor's name and mailing address

**Terminix Processing Center**
**P.O. Box 742592**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$220.48**

---

**3.69** Nonpriority creditor's name and mailing address

**The Taney Corporation**
**5130 Allendale Lane**
**P.O. Box 29**
**Taneytown, MD 21787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,922.25**

---

**3.70** Nonpriority creditor's name and mailing address

**Thomas Miller Co., Inc.**
**3101 E. Walnut Street**
**Colmar, PA 18915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$98.54**

---

**3.71** Nonpriority creditor's name and mailing address

**Top Notch Distributors**
**P.O. Box 189**
**Honesdale, PA 18431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,200.79**

---

**3.72** Nonpriority creditor's name and mailing address

**Total Plastics Resources, LLC**
**P.O. Box 645490**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number  **0509**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.73** Nonpriority creditor's name and mailing address

**UFP Berlin LLC**
**P.O. Box 127**
**Stockertown, PA 18083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,465.01**

---

**3.74** Nonpriority creditor's name and mailing address

**Unisource Moulding & Millwork**
**316 W. Hunting Park Avenue**
**Philadelphia, PA 19140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,143.89**

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.80 |
|---|---|---|---|

**Warner's Transport & Delivery**
**813 Nina Way**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00 |
|---|---|---|---|

**Weeds, Inc.**
**250 Bodley Road**
**Aston, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,928.20 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
**P.O. Box 7777**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,595.52 |
|---|---|---|---|

**Wholesale Millwork, Inc.**
**107 Park Avenue**
**Seaford, DE 19973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,761.25 |
|---|---|---|---|

**Wiener Crowley & St. John, Inc.**
**135 Fort Lee Road**
**Suite 301**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,307.25 |
|---|---|---|---|

**Wolf - Building Products**
**P.O. Box 62909**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,630.57 |
|---|---|---|---|

**Wolf - Kitchen & Bath**
**P.O. Box 62809**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **West Lumber Building and Supply Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**World and Main LLC**
**324A Half Acre Road**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,761.25** |
|---|---|---|---|

**Wueber Crowley & St. John, Inc.**
**135 Fort Lee Road**
**Suite #301**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.56** |
|---|---|---|---|

**Zee Medical Service**
**2745 B Leiscz's Bridge Road**
**Reading, PA 19605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,428,260.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,428,260.66 |

**Fill in this information to identify the case:**

Debtor name     **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   - ■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City            State        Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City            State        Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City            State        Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City            State        Zip Code | | |

---

**Fill in this information to identify the case:**

Debtor name      **West Lumber Building and Supply Co.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.  **Dilworth Paxson, LLC** | 10/07/21 - $4,077.00 11/16/20 - $2,197.50 12/08/20 - $ 995.00 01/15/21 - $6,500.00 | $13,769.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
   | 3.2.  **Strouss Hui Roomberg Ellis P.C.** | 1/15/21 - $ 819.00 1/15/21 - $3,872.32 | $4,691.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **West Lumber Building and Supply Co.** _____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3.  Kurtzman \| Steady, LLC | 11/13/20 - $144.00 12/07/21 - $408.00 01/15/21 - $1,392.00 | $1,944.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Maria Scheeler, Administrator of the Teamsters Pension Trust Fund of Philadelphia & Vicinity** 1:20-cv-02295 | **Withdrawal liability Claim** | **U.S.D.C. D.N.J.** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Akron Hardware Consultants, Inc. v. West Lumber & Building Supply Corp.** | **Contract** | **Court of Common Pleas of DE County, PA** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Sherwood Lumber Corp. v. West Lumber & Building Supply Corp.** CV-2018-00 6018 | **Contract** | **Court of Common Pleas of DE County, PA** | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | | | Case number *(if known)* | |

| | Case title
Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|---|
| 7.4. | **Derr Flooring Co. v. West LBR. & Bldg Supply MJ-38208-CV-0000151-2018** | Contract | **Montgo. Dist. Co. Magistial Court PA** | ☐ Pending<br>☐ On appeal<br>■ Concluded | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kurtzman | Steady, LLC<br>401 S. 2nd Steet, Suite 200<br>Philadelphia, PA 19147** | **$5,662.00 - attorneys' fees<br>$338.00 - filing fee** | **1/15/21** | **$6,000.00** |
| | Email or website address<br>**kurtzman@kurtzmansteady.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **West Lumber Building and Supply Co.**                                           Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Dillworth Paxson LLP**<br>**1500 Market Street**<br>**3500E**<br>**Philadelphia, PA 19102**<br><br>**Relationship to debtor**<br>**Attorneys** | **Litigation costs associated with Sheeler v. West Lumber** | **02/01/19 through 1/20/21** | **$72,558.90** |
| 13.2. | **Kurtzman \| Steady, LLC**<br><br>**Relationship to debtor**<br>**Attorneys** | **Workout and debt counseling** | **5/15/18 through 1/13/21** | **$24,041.00** |

---

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | |

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **West Lumber Building and Supply Co.** _____ Case number *(if known)* _____

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **West Lumber Building and Supply Co.**                          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Strouss Hui Roomberg Ellis P.C.**<br>**101 Greenwood Avenue, Suite 202**<br>**Jenkintown, PA 19046** | **Approximately 10 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Strouss Hui Roomberg Ellis P.C.**<br>**101 Greenwood Avenue, Suite 200**<br>**Jenkintown, PA 19046** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **West Lumber Building and Supply Co.** | Case number *(if known)* | |

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brian Bernstein | 617 Greythorne Road<br>Wynnewood, PA 19096 | Vice President<br>Shareholder | 33.3 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Stanley Reese | 101 S. Plaza Place<br>Apt. 1110<br>Atlantic City, NJ 08401 | President<br>Shareholder | 33.3 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Michael Reese | 604 Covington Road<br>Havertown, PA 19083 | Secretary Treasurer<br>Shareholder | 33.3 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **West Lumber Building and Supply Co.** | Case number *(if known)* |
|---|---|---|

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 25, 2021**

**/s/ Brian Bernstein**                                    **Brian Bernstein**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **West Lumber Building and Supply Co.**                                Case No.

Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,662.00** |
| Prior to the filing of this statement I have received | $ | **5,662.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 25, 2021**

*Date*

**/s/ Jeffrey Kurtzman**
**Jeffrey Kurtzman 51816**
*Signature of Attorney*
**KURTZMAN | STEADY, LLC**
**401 S. 2nd Street**
**Suite 200**
**Philadelphia, PA 19147**
**(215) 883-1600   Fax: (609) 482-8011**
**kurtzman@kurtzmansteady.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **West Lumber Building and Supply Co.**       Case No. _____

           Debtor(s)     Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 25, 2021** _____      **/s/ Brian Bernstein** _____

                                           **Brian Bernstein**/**Vice President**
                                           Signer/Title

Activar Construction Products Group
SDS 12-1132
P.O. Box 86
Minneapolis, MN 55486-1132


Akron Hardware Consultants, Inc.
P.O. Box 74998
Cleveland, OH 44194-4998


Alexandria NE, LLC
300 Lasley Avenue
Wilkes Barre, PA 18706


Bank of America
ATTN: Bankruptcy
P.O. Box 982238
El Paso, TX 79998


Bateman Bros. / E.D. Collier
P.O. Box 1039
Doylestown, PA 18901


Bridgewater Wholesale
P.O. Box 5457
North Branch, NJ 08876


BTL Distributors, LLC
12 Melnick Drive
Monsey, NY 10952


Cal-Royal Products
6605 Flotilla Street
Commerce, CA 90040


Countertek, Inc.
1215 Ridge Avenue
Ephrata, PA 17522

Derr Flooring Co.
525 Davisville Road
P.O. Box 912
Willow Grove, PA 19090


Dex Media
Attn: Acct. Receivables De
P.O. Box 619009
Dallas, TX 75261


DKS Steel Door & Frame Systems, Inc.
2142 Tubeway Avenue
Los Angeles, CA 90040


Don-Jo Mfg., Inc.
P.O. Box 929
Sterling, MA 01564


Door and Hardware Systems, Inc.
17 Silver Street
Rochester, NY 14611


Eagle Lift Truck, Inc.
17 East 6th Avenue
Bldg. A-1
Trenton, NJ 08619


Eagle Peak
P.O. Box 195
Fountainville, PA 18923


Eastern Engineered Wood Products
1245 Easton Road
Bethlehem, PA 18015


Ertwine and Devito, Inc.
110 Folsom Avenue
Folsom, PA 19033

Euler Hermes N. America Ins. Co.
c/o Finance Department
800 Red Brook Blvd.
Owings Mills, MD


Fessenden Hall, Inc.
1050 Sherman Avenue
Pennsauken, NJ 08110


Fleet Grease II, Inc.
1100 Calcon Hood Road
Sharon Hill, PA 19079


Fraser Advances Info Systems
P.O. Box 10306
Des Moines, IA 50306


Galaxy Metal Products LLC
2960 Woodbridge Avenue
Edison, NJ 08837


Garden State Lumber Products
22 Muller Road
Oakland, NJ 07436


George F. Kempf Supply Co.
P.O. Box 19269
5200 Grays Avenue
Philadelphia, PA 19143


Golden Stag Gloves
Centerville, UT 84014


Hardward Resources
28093 Network Place
Chicago, IL 60673

Howard Berger Co., Inc.
324 Half Acre Rd # A
Cranbury, NJ 08512


IDI Distributors of Pennsylvania
2198 Industrial Drive
Suite 103
Bethlehem, PA 18071


J.D.K. & Sons, LLC
660 13th Avenue
Prospect Park, PA 19076


Kamco Building Supply
1100 Township Line Road
Chester, PA 19013


LBM Advantage, Inc.
555 Hudson Valley Avenue
Suite 200
New Windsor, NY 12553


Lehigh Structural Components LLC
1550 Lehigh Drive
Bldg. 1
Easton, PA 18042


Lindstrom Corporation
4625 Tanglewood Dr,
Bladensburg, MD 20710


Lumbermen's Assoc.
2101 Hunter Road
P.O. Box 720
Bristol, PA 19007


Maria Scheeler, Administrator of the
Teamsters Pension Trust Fund of
Philadelphia & Vicinity

Meenan Oil
P.O. Box 350
Woodbury, NY 11797


Middle Atlantic Wholesale Lumber
2700 Lighthouse Point East
Suite 310
Baltimore, MD 21224


Midwest Wholesale Hardware
P.O. Box 34221
Kansas City, MO 64120


National Gypsum Co.
P.O. Box 91669
Chicago, IL 60693


New Deal Lumber & Millwork
5149 Lancaster Avenue
Philadelphia, PA 19131


Northeast Plastic Supply Co.
633 Dunksferry Rd., Unit B
Bensalem, PA 19020


Orgill, Inc.
P.O. Box 1000
Memphis, TN 38148


Pennsylvania Lumbermens Mutual Ins.
P.O. Box 826558
Philadelphia, PA 19182


Philadelphia Reserve Supply Co.
200 Mack Drive
P.O. Box 100
Croydon, PA 19021

Pirtek South Philadelphia
31 Industrial Highway
Essington, PA 19029


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250


Quality Roofing Supply
P.O. Box 415896
Boston, MA 02241


Quill Corp.
P.O. Box 37600
Philadelphia, PA 19101


Randall Manufacturing Co.
200 Sylvan Avenue
Newark, NJ 07104


Reese Enterprises, Inc.
P.O. Box 459
Rosemount, MN 55068


Reiss Wholesale Hardware Co., Inc.
P.O. Box 70455
Brooklyn, NY 11207


Salerno Tire Corp.
1400 Calcon Hook Rd.
Sharon Hill, PA 19079


Salt City Sales Golden Stag Gloves
P.O. Box 958
Centerville, UT 84014

Schlage Lock
15870 Collections Center D
Chicago, IL 60693


Service Partners
Attn:  Payments
Box 202245
Arlington, TX 76006


Sherwood Lumber Corp.
P.O. Box 2226
Hicksville, NY 11802


Spring Valley Millwork
108 S. Hull Street
Sinking Spring, PA 19608


Sprint
P.O. Box 4191
Carol Stream, IL 60197


Starborn Industries
45 Mayfield Avenue
Edison, NJ 08837


Studco Building Systems
1700 oulter Industrial Parkway
Webster, NY 14580


Suburban Propane
P.O. Box J
Whippany, NJ 07981


Superior Plastic Products, Inc.
P.O. Box 185
New Holland, PA 17557

Survivor II
919 Fairmont Avenue
Elizabeth, NJ 07201


Tab Industries
4032 Grant Street
Reading, PA 19606


Task Tools (USA)
1667 Grant Avenue
Blaine, WA 98230


Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274


The Taney Corporation
5130 Allendale Lane
P.O. Box 29
Taneytown, MD 21787


Thomas Miller Co., Inc.
3101 E. Walnut Street
Colmar, PA 18915


Top Notch Distributors
P.O. Box 189
Honesdale, PA 18431


Total Plastics Resources, LLC
P.O. Box 645490
Pittsburgh, PA 15264


UFP Berlin LLC
P.O. Box 127
Stockertown, PA 18083

Unisource Moulding & Millwork
316 W. Hunting Park Avenue
Philadelphia, PA 19140


Warner's Transport & Delivery
813 Nina Way
Warminster, PA 18974


Weeds, Inc.
250 Bodley Road
Aston, PA 19014


Wells Fargo Equipment Finance
Manufacturer Services Group
P.O. Box 7777
San Francisco, CA 94120


Wholesale Millwork, Inc.
107 Park Avenue
Seaford, DE 19973


Wiener Crowley & St. John, Inc.
135 Fort Lee Road
Suite 301
Leonia, NJ 07605


Wolf - Building Products
P.O. Box 62909
Baltimore, MD 21264


Wolf - Kitchen & Bath
P.O. Box 62809
Baltimore, MD 21264


World and Main LLC
324A Half Acre Road
Cranbury, NJ 08512

Wueber Crowley & St. John, Inc.
135 Fort Lee Road
Suite #301
Leonia, NJ 07605


Zee Medical Service
2745 B Leiscz's Bridge Road
Reading, PA 19605

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **West Lumber Building and Supply Co.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **West Lumber Building and Supply Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 25, 2021**

Date

**/s/ Jeffrey Kurtzman**

**Jeffrey Kurtzman 51816**

Signature of Attorney or Litigant

Counsel for   **West Lumber Building and Supply Co.**

**KURTZMAN | STEADY, LLC**
**401 S. 2nd Street**
**Suite 200**
**Philadelphia, PA 19147**
**(215) 883-1600 Fax:(609) 482-8011**
**kurtzman@kurtzmansteady.com**